AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Matthew Hunter Sharp | ) Case: 1:21-mj-00005 |
| D.O.B. | ) Assigned to: Judge G. Michael Harvey |
| Kenneth Jevon Hale | ) Assigned Date: 1/6/2021 |
| D.O.B. | ) Description: COMPLAINT W/ARREST WARRANT |
| Shaun Jason Marvin | ) |
| D.O.B. | ) |
| Michael Lee Otis-Currie | ) |
| D.O.B. | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>between on or about 10/1/2020 through 11/9/2020</u> in the county of _____ in the

_____ District of _____<u>Columbia</u>_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Matthew Hunter Sharp, Kenneth Jevon Hale, Shaun Jason Marvin, and Michael Lee Otis-Currie did knowingly distribute any child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including computer |
| 18 U.S.C. § 2252(a)(2) & (b)(1) | Matthew Hunter Sharp, Kenneth Jevon Hale, Shaun Jason Marvin, and Michael Lee Otis-Currie did knowingly conspire together along with others to knowingly receive and distribute any child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including computer |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 6th day of January, 2021.

_____
*Complainant's Signature*

Emily Eckert, Special Agent, FBI
*Printed name and title*

Date:  1/6/2021
_____

_____
*Judge's signature*

City and state:    Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*